UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL OMABELE,

    Plaintiff,

  v.                           CIVIL ACTION NO. 12-11938

HENRY FORD HEALTH SYSTEMS,    DISTRICT JUDGE NANCY G. EDMUNDS

                                        MAGISTRATE JUDGE MARK A. RANDON

    Defendants.
_____/

## ORDER DENYING PLAINTIFF'S APPLICATION
## FOR APPOINTMENT OF COUNSEL WITHOUT PREJUDICE

The plaintiff, who is proceeding *pro se,* has filed an application for appointment of counsel. "[A]ppointment of counsel in a civil case is . . . a matter within the discretion of the court. It is a privilege and not a right." *Childs v. Pellegrin,* 822 F.2d 1382, 1384 (6th Cir. 1987)(quoting *United States v. Madden,* 352 F.2d 792, 793 (9th Cir. 1965)); *see also Hoggard v. Purkett*, 29 F.3d 469, 471 (8th cir. 1994) ("In exercising its discretion, the district court should consider the legal complexity of the case, the factual complexity of the case, and the [plaintiff's] ability to investigate and present his claims, along with any other relevant factors.")

In this case, the interests of justice do not require appointment of counsel at this time. Accordingly, it is **ORDERED** that the plaintiff's application for appointment of counsel is **DENIED WITHOUT PREJUDICE.**

                                              s/Mark A. Randon
                                              MARK A. RANDON
                                              UNITED STATES MAGISTRATE JUDGE

Dated: July 19, 2012

<u>Certificate of Service</u>

I hereby certify that a copy of the foregoing document was served on the parties of record on this date, July 19, 2012, by electronic and/or first class U.S. mail.

                                        <u>s/Melody R. Miles</u>
                                        Case Manager to Magistrate Judge Mark A. Randon