UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL OMABELE,

        Plaintiff,        CIVIL ACTION NO. 12-11938

                              HONORABLE NANCY G. EDMUNDS

v.

                              MAGISTRATE JUDGE MARK A. RANDON

HENRY FORD HEALTH SYSTEMS,

        Defendant.

_____/

## ORDER GRANTING IN PART PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO WITNESS LIST (DKT. NO. 24)

On August 20, 2012, this Court entered a Scheduling Order requiring the parties' witness lists to be exchanged by October 15, 2012. (Dkt. No. 17). Defendant timely filed its witness list. (Dkt. No. 18). However, in lieu of a witness list, Plaintiff filed a Motion to Seal his witness list (Dkt. No. 19) on October 15, 2012. The Court denied Plaintiff's motion on November 14, 2012. (Dkt. No. 22).

This matter is before the Court on Plaintiff's "Motion to Extend Time to Respond to Witness List." (Dkt. No. 24). Plaintiff says he needs until January 15, 2013 to file his witness list, because he needs to become familiar with "stating facts, statements of material facts that must be supported with citations to either the pleadings, interrogatories, admissions, depositions, affidavits, or documentary exhibits."

Plaintiff's motion is **GRANTED IN PART**. The Court declines to give Plaintiff the length of time he requests to file his witness list; Plaintiff has until **December 14, 2012** to file his witness list. Plaintiff's witness list need not be detailed; he simply needs to provide the name

and, if known, the address and telephone number of the individuals he intends to use to support his claims. Plaintiff may use Defendant's witness list as a guide.

**IT IS ORDERED**.

        s/Mark A. Randon
        Mark A. Randon
        United States Magistrate Judge

Dated: November 29, 2012

<u>Certificate of Service</u>

*I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, November 29, 2012, by electronic and/or ordinary mail.*

        *s/Melody Miles*
        *Case Manager to Magistrate Judge Mark A. Randon*
        *(313) 234-5540*