UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL OMABELE,

               Plaintiff,            CIVIL ACTION NO. 12-11938

                                          HONORABLE NANCY G. EDMUNDS

v.

                                          MAGISTRATE JUDGE MARK A. RANDON

HENRY FORD HEALTH SYSTEMS, and
ACT-1 PERSONNEL SERVICES,

               Defendants.

_____/

**ORDER DENYING PLAINTIFF'S MOTION TO NOT FILE EXPERT INITIAL
WITNESS LIST (DKT. NO. 27); DENYING WITHOUT PREJUDICE
PLAINTIFF'S MOTION TO REQUEST DOCUMENTATION FROM THE
DEFENDANTS (DKT. NO. 28); AND DENYING WITHOUT PREJUDICE PLAINTIFF'S
MOTION TO EXTEND TIME (DKT. NO. 29)**

This matter is before the Court on three motions: (1) Plaintiff's Motion to Not File Expert

Initial Witness List (Dkt. No. 27); (2) Plaintiff's Motion to Request Documentation from the

Defendants (Dkt. No. 28); and (3) Plaintiff's Motion to Extend Time in Respect to Denial to Seal

Initial Witness List (Dkt. No. 29).  Having reviewed these motions, the Court finds as follows:

1.     Plaintiff does not want to file his expert witness list "[d]ue to new information
presented."  The Court finds this is not a valid reason for not filing his expert
witness list, and **DENIES** Plaintiff's motion (Dkt. No. 27).  If Plaintiff has any
experts, he must file his expert witness list by *December 14, 2012*.

2.     Plaintiff's motion for documentation (Dkt. No. 28) is **DENIED WITHOUT
PREJUDICE**.  Plaintiff may request the information he seeks in his motion from
Defendants through a Request for Production of Documents.  If Defendants fail to
respond, Plaintiff may file a motion to compel with the Court.

3.     Plaintiff's motion to extend time asks the Court to extend discovery 30 days.  This
motion is **DENIED WITHOUT PREJUDICE** (Dkt. No. 29).  Discovery is
currently scheduled to close on January 30, 2013.  As this date approaches, if
Plaintiff needs additional time for discovery, he may file another motion with the

Court that specifically identifies the additional discovery he needs, and/or the discovery he is not had an opportunity to review.

**IT IS ORDERED**.

s/Mark A. Randon
Mark A. Randon
United States Magistrate Judge

Dated: December 6, 2012

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, December 6, 2012, by electronic and/or ordinary mail.*

*s/Melody Miles*
*Case Manager to Magistrate Judge Mark A. Randon*
*(313) 234-5540*