UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL OMABELE,

        Plaintiff,        CIVIL ACTION NO. 12-11938

                              HONORABLE NANCY G. EDMUNDS

v.

                              MAGISTRATE JUDGE MARK A. RANDON

HENRY FORD HEALTH SYSTEMS, and
ACT-1 PERSONNEL SERVICES,

        Defendants.
_____/

**ORDER DENYING PLAINTIFF'S MOTION TO NOT FILE EXPERT INITIAL WITNESS LIST (DKT. NO. 27); DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO REQUEST DOCUMENTATION FROM THE DEFENDANTS (DKT. NO. 28); AND DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO EXTEND TIME (DKT. NO. 29)**

      This matter is before the Court on three motions: (1) Plaintiff's Motion to Not File Expert Initial Witness List (Dkt. No. 27); (2) Plaintiff's Motion to Request Documentation from the Defendants (Dkt. No. 28); and (3) Plaintiff's Motion to Extend Time in Respect to Denial to Seal Initial Witness List (Dkt. No. 29). Having reviewed these motions, the Court finds as follows:

1. Plaintiff does not want to file his expert witness list "[d]ue to new information presented." The Court finds this is not a valid reason for not filing his expert witness list, and **DENIES** Plaintiff's motion (Dkt. No. 27). If Plaintiff has any experts, he must file his expert witness list by *December 14, 2012*.

2. Plaintiff's motion for documentation (Dkt. No. 28) is **DENIED WITHOUT PREJUDICE**. Plaintiff may request the information he seeks in his motion from Defendants through a Request for Production of Documents. If Defendants fail to respond, Plaintiff may file a motion to compel with the Court.

3. Plaintiff's motion to extend time asks the Court to extend discovery 30 days. This motion is **DENIED WITHOUT PREJUDICE** (Dkt. No. 29). Discovery is currently scheduled to close on January 30, 2013. As this date approaches, if Plaintiff needs additional time for discovery, he may file another motion with the

Court that specifically identifies the additional discovery he needs, and/or the discovery he is not had an opportunity to review.

**IT IS ORDERED**.

                                                  s/Mark A. Randon
                                                 Mark A. Randon
                                                 United States Magistrate Judge

Dated: December 6, 2012

<u>Certificate of Service</u>

*I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, December 6, 2012, by electronic and/or ordinary mail.*

                                                 *s/Melody Miles*
                                                 *Case Manager to Magistrate Judge Mark A. Randon*
                                                 *(313) 234-5540*